**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00515-CR**

_____

**JOHN REED, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 359th District Court**
**Montgomery County, Texas**
**Trial Cause No. 12-03-02528 CR**

**MEMORANDUM OPINION**

John Reed has filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by appellant personally and joined by counsel of record. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on September 2, 2014
Opinion Delivered September 3, 2014
Do Not Publish

Before Kreger, Horton, and Johnson, JJ.